## Exhibit A to the Complaint

**Location:** Los Angeles, CA  **IP Address:** 38.42.46.76
**Total Works Infringed:** 68  **ISP:** Starry

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8F87CD7903484424251A3B05564D9138C8142EFE | 09/22/2025 20:32:14 | Tushy | 09/21/2025 | 09/24/2025 | PA0002552392 |
| 2 | B3FD5A9A49EB999477DD60AEA96E5B8A97845D16 | 09/12/2025 03:42:17 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 3 | 4ADD44B65CA278FA99CB969BF8F2683233A55BA1 | 06/15/2025 20:24:52 | Tushy | 12/29/2024 | 01/16/2025 | PA0002509286 |
| 4 | 10508219C8E02F2F96C7E2F669D8794B553A8C6D | 06/15/2025 20:19:47 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 5 | 3F2BF7D5260E4A3CF6B29FFF8DC354F99795A0D7 | 06/15/2025 20:19:31 | Tushy | 12/22/2024 | 01/16/2025 | PA0002509285 |
| 6 | 3C04F348F0F81F496A69FA43FF8AD657AE473D4C | 06/15/2025 19:49:57 | TushyRaw | 03/28/2025 | 04/23/2025 | PA0002527279 |
| 7 | 7E9EB642B469FF480E263424367FF634F334D3AF | 06/15/2025 19:47:57 | Tushy | 04/06/2025 | 04/22/2025 | PA0002527083 |
| 8 | ef35973ab04d713e637297399a8004e6b955d5dc | 06/15/2025 19:47:04 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 9 | f50d4b43c805e4ac638e72e15d9f8963f9298a73 | 06/15/2025 19:45:31 | TushyRaw | 02/16/2025 | 02/18/2025 | PA0002516145 |
| 10 | 14C25987325B13756167F421221E191825CD54D5 | 06/15/2025 19:45:05 | Tushy | 04/20/2025 | 04/22/2025 | PA0002527101 |
| 11 | 52A630A6E63CFB406C9B9298F66D2524AE39B0BD | 06/15/2025 19:44:07 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 12 | 589825A9394138106C83D4221B4BC9BB4EA63D51 | 06/15/2025 19:42:11 | TushyRaw | 04/17/2025 | 04/23/2025 | PA0002527297 |
| 13 | 2E7BE85785A7E29F2B650E2DE28C3C8186D002E6 | 06/15/2025 19:40:56 | TushyRaw | 04/27/2025 | 05/21/2025 | PA0002532010 |
| 14 | 474EA0F680B99CC4E5F2D616B5D592B312ED8A11 | 06/15/2025 19:40:31 | Tushy | 04/13/2025 | 04/28/2025 | PA0002527846 |
| 15 | 45370177356C8E47DD193EFD86F6D16014000E72 | 06/15/2025 19:38:05 | TushyRaw | 05/07/2025 | 05/20/2025 | PA0002531762 |
| 16 | EB6C2096A47ABB73C89DBBE8A4A7B0601FC147A3 | 06/15/2025 19:37:05 | TushyRaw | 06/06/2025 | 06/10/2025 | PA0002534380 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 87edb7cc969a5bfb51d823d5648d69b8e562d77a | 06/15/2025 19:34:57 | Tushy | 06/08/2025 | 06/09/2025 | PA0002534203 |
| 18 | ABDAA16F8D30B5D4248D8072832F74E96D81B71D | 06/15/2025 19:33:59 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 19 | 6113E86335488430F9325B3E8539EA2DDB71F3AB | 06/15/2025 19:33:42 | Tushy | 05/18/2025 | 05/20/2025 | PA0002531763 |
| 20 | 8948061311054B39F3B8204F51E28B92AD82B451 | 06/15/2025 19:33:05 | Tushy | 05/11/2025 | 05/21/2025 | PA0002531833 |
| 21 | A7F5296E316CDBB41E7844A6A074FF72B3113810 | 06/15/2025 19:30:21 | TushyRaw | 05/17/2025 | 05/21/2025 | PA0002532008 |
| 22 | 4291c71333751dc7460e00a26688745124f405c4 | 06/15/2025 19:28:36 | Tushy | 06/01/2025 | 06/09/2025 | PA0002534200 |
| 23 | 6E3EBB60BB91B99AD3B509649C4AE51F3AE32D69 | 04/14/2025 03:03:33 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 24 | 423ddb95e2a8d4147691a92a324aa022c434eade | 04/01/2025 16:51:55 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 25 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | 04/01/2025 07:23:38 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 26 | 2B0FD11C83B513500AB8848010432CC3E434C21F | 02/26/2025 01:54:07 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 27 | 9B63A82A8DB390322626A30FAFB451EA95F98745 | 01/30/2025 02:56:05 | TushyRaw | 01/07/2025 | 01/16/2025 | PA0002509654 |
| 28 | 11236379DCE8486152F5B5ADB3A529FC6662ED71 | 01/30/2025 02:47:02 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 29 | F004928D8D5BFD2098E825D87BD3BC389554178C | 01/30/2025 02:45:59 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 30 | EFF1CCCB9A534C28DABE038C0A25EB5C77B99539 | 01/30/2025 02:45:36 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 31 | 7EF3756C743AE320AD774F0E7357ECA77534A4A5 | 01/30/2025 02:35:26 | TushyRaw | 01/17/2025 | 02/18/2025 | PA0002516153 |
| 32 | C7877ECD2DB266B958D0D5253F61CBEFC2811F72 | 01/30/2025 02:34:31 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 33 | 1B3A90FDCD7AFCF123810837BBE95564BF84D59B | 01/30/2025 02:33:57 | TushyRaw | 01/27/2025 | 02/18/2025 | PA0002516148 |
| 34 | C52CDD7DF1C9C1FD5F781BD6019BD3BD09945D73 | 12/12/2024 02:14:06 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 5810D54D16070A329557512D38DB3341FA293854 | 12/12/2024 02:09:55 | TushyRaw | 12/10/2024 | 12/13/2024 | PA0002506275 |
| 36 | 492EEA537AED41C211298AEC8E1433F363F92CE8 | 11/01/2024 08:43:44 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 37 | 5E799820EACAEE878A4FC5C11A98D906BFD2DF3A | 11/01/2024 08:05:34 | TushyRaw | 10/29/2024 | 11/18/2024 | PA0002500903 |
| 38 | 77F9A750AD85B180B4CA6E0F98C5E87FB758DA4F | 11/01/2024 07:37:16 | Tushy | 10/20/2024 | 11/18/2024 | PA0002500925 |
| 39 | F2947AA5197DC88700870529F47DE77922092532 | 11/01/2024 07:29:00 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 40 | DBD454F0B22378CA45DCA0892D1C3DBF4E378818 | 11/01/2024 07:21:08 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 41 | C3A8156582670E05D4ED6FB9C62BD96EBA809400 | 11/01/2024 07:21:06 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |
| 42 | 4a711b89f027218b31c3a6e4116f484776625463 | 09/18/2024 05:05:53 | Blacked Raw | 11/30/2020 | 01/04/2021 | PA0002277037 |
| 43 | 623751d47d5f4e5ef28fe3b6a40fe6c2ce2a4044 | 09/15/2024 07:07:50 | Blacked Raw | 01/25/2021 | 02/09/2021 | PA0002276145 |
| 44 | 48a0d7df6ba9ea1a21e6f0b63a2f4fd531bd4000 | 09/14/2024 04:42:30 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 45 | BA5C97148F486E8D613815C9890F781BD5BC5A97 | 09/10/2024 20:44:54 | Tushy | 09/01/2024 | 09/18/2024 | PA0002490451 |
| 46 | 7049d2f9b848f1334ae78d213182b6c5d9d6ed55 | 09/02/2024 20:08:13 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 47 | ef5e66161dbe40413fcb22eefa457f5ad5004960 | 09/02/2024 02:56:26 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 48 | 7fc07fcf507bf019ad87ba5c70b01f907e3c36aa | 09/01/2024 23:37:20 | Vixen | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 49 | 2251f3dc7bd7cd06d6b064bfe461b90da258e5f2 | 08/26/2024 03:29:04 | Tushy | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 50 | 0d3a639dd26253c3710eebf7e4d958016c46cfbc | 08/25/2024 15:20:37 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 51 | 70d7964bd90ce0dfe4ba66e6125f99ca39a1ca67 | 08/25/2024 11:00:23 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 52 | 71506ac6ca72c7dcfaa5a87742021b508a19840f | 08/23/2024 14:44:01 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 4ae935a01a0b48c03eb78a9522682b6a8500d7f7 | 08/20/2024 17:56:03 | Blacked | 04/24/2021 | 04/27/2021 | PA0002288981 |
| 54 | 60efa503eee2fa2ad67829b494488f380b1744b9 | 08/20/2024 08:12:11 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 55 | FDC03975E0A7CB560EA7914FF36DF1D5F6436205 | 08/12/2024 19:04:32 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 56 | 1bede73b666190f8a4be2208b0bb2f60a60afd5c | 07/24/2024 21:08:37 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 57 | cfd0c2d3763106a496d8daa4651bd705f0607c03 | 06/21/2024 05:35:41 | Vixen | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 58 | F4ECB53A0A7C6922D44BE2417CAB8F741F94C88C | 05/31/2024 09:10:00 | Tushy | 04/28/2024 | 05/08/2024 | PA0002470009 |
| 59 | 60AEE24353E72E6DD4D76EAD8DA73081218F6A5D | 05/31/2024 09:08:19 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 60 | 848bd1f2c1e5810593e4db94aa1873688467465e | 05/19/2024 04:33:47 | Blacked | 07/01/2023 | 07/13/2023 | PA0002420349 |
| 61 | a596eb14ed6c28a544b780e23fda20230dec937a | 05/15/2024 21:55:05 | Blacked | 06/25/2022 | 07/22/2022 | PA0002359471 |
| 62 | 1e3608a5ae3283c60fd6640f388276bff6bf9c24 | 05/07/2024 21:44:57 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 63 | A6498D332D6E74DE1FE34F835F21A7793678F5F3 | 01/29/2024 18:37:12 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 64 | 91803CEFAEB78A5CD8C52D8926D7BD14D8242A49 | 01/27/2024 22:09:02 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 65 | 0B18819A182660AFCC831CC5B2F47353BE6D1E7A | 01/15/2024 17:43:26 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 66 | 5ECFEFD0891AFD77AB4C588E77F8F483B2FD9A61 | 01/15/2024 17:42:28 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 67 | 613D677DC1C1000F1CB81DF492ACEEDB64AAE53A | 01/15/2024 17:42:15 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 68 | D16C10C03A150B1FD33994405C9BF38BE44E8B6B | 01/13/2024 01:21:28 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |